

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FELIPPE MARCUS

                Plaintiff,

vs.                              JURY TRIAL DEMANDED

                                    Index No. 20 CV 316

TIMOTHY B. HOWARD, Erie County Sheriff
THOMAS DINA, Superintendent of Jail Management
COUNTY OF ERIE
JOHN DOES 1-10 (said names being fictitious, but intended
To be individual officers involved in this incident)

                Defendant.

---

## COMPLAINT

     Plaintiff, FELIPPE MARCUS, for his Complaint against Defendants TIMOTHY B. HOWARD, Erie County Sheriff, THOMAS DINA, Superintendent of Jail Management, COUNTY OF ERIE, JOHN DOES 1-10 (said names being fictitious, but intended to be individual officers involved in this incident). Collectively referred to as Defendants.

## INTRODUCTION

1. This is an action for money damages, declaratory judgment, and injunctive relief brought pursuant to 42 U.S.C §§ 1983 and 1988, the Fourth Amendment and Fourteenth Amendment of the United States' Constitution, and under the law of the State of New York, against the Defendants collectively and against John Does 1-10 in their individual and official capacities.

2. Plaintiff Felippe Marcus alleges that on March 30, 2018 at approximately 9:00pm, Defendants, John Does 1-10 (corrections officers) attacked him physically and beat him up until he was unconscious while in the custody of the Erie County Sheriff at the Erie County Holding Center located at 134 West Eagle Street in Buffalo New York, said correction offices caused claimant to be seized and assaulted when no offense had been committed by him and caused him physical and emotional injury.

3. The incident aforesaid and the injuries and resulting damages hereinafter alleged were caused solely and wholly by the acts of correction officer employees and other employees of the County of Erie, in that said correction officer employees exercised their authority in an intentionally malicious and careless manner causing serious and permanent injuries and/or damages to claimant.

4. Timothy B. Howard, Erie County Sheriff, Thomas Dina Superintendent of Jail Management and The County Of Erie failed in their duty to protect and keep Plaintiff safe while in Erie County's custody and under a theory of Respondent Superior, are causally responsible for the actions of their employee corrections officer committed during the course of their employment.

## JURISDICTION AND VENUE

5. This Court has original jurisdiction pursuant to 28 U.S.C §§1331 and 1343 over Plaintiff's cause of action arising under the Constitution of the United States and 42 U.S.C. §1983 and pursuant to the Declaratory judgment Act 28 U.S.C. §§2201 and 2202. This Court has supplemental Jurisdiction over Plaintiff's causes of action arising under the New York State law pursuant to 28 U.S.C §1367.

6. Venue lies in the United States District Court for the Western District of New York because the events or omissions giving rise to Plaintiff's causes of action or claims occurred in the City of Buffalo, County of Erie and State of New York 28 U.S.C. §1391 (b)(2)

## PARTIES

7. Plaintiff Felippe Marcus is an adult citizen and resident of the State of Colorado, although he resided in Buffalo New York at the time of the incident.\

8. Defendants Timothy B. Howard, is the Erie County Sheriff, upon information and belief, he is still the Sheriff. Thomas Dina is the Superintendent of Jail Management and upon information and belief still holds this position and is responsible for the management of the jail, inmates and officers.

9. The County Of Erie in the State of New York is a municipal corporation and the public employer of all the defendants including John Does 1-10 unidentified correction officers who were involved in the assault against plaintiff and the larceny of his money.

## BACKGROUND

10. The causes if action which form the substance of of this claim arose in the following manner: that on or about March 30, 2018, while claimant was lawfully at the location stated above, claimant was assaulted and seized without cause or provocation by the respondents, their agents, servants and /or employees, causing claimant severe physical injury. Further the respondents, their agents, servant and /or employees were negligent, wanton and reckless in failing to properly supervise their employees: they allowed their employees and agents to subject Plaintiff to unwanted physical contact without cause or provocation, thus creating a dangerous or hazardous condition, which they knew, or in the exercise of reasonable care could have discovered, that they failed to exercise due

diligence in hiring such corrections officers who have been shown to have violent propensities towards citizens of African decent.

11. That as a result of said assault on March 30, 2018, Plaintiff was rendered unconscious and transported by ambulance from the Erie County Sheriff's Holding Center to Erie County Medical Center where Plaintiff was placed in the Intensive Care Unit and remained under medical care from the night of March 30, 2018 to April 03, 2018 when he was discharged from the hospital.

12. Plaintiff was also robbed by corrections officers of the Erie County Holding Center;, upon his transfer from the hospital back to said Holding Center for formal release from the Erie County Sheriff's care, his personal property was returned to him but the sum of $3,620.00 was never returned to Plaintiff, upon looking through his Sheriff's release papers Plaintiff found a "Prisoner Property Receipt" purporting to claim that he signed for and receive $505.95 cash among other personal properties but the signature is forged and the amount does not match the amount Plaintiff signed and verified when he was initially taken into custody.

## COUNT 1

### 42 U.S.C. § 1983 Defendants John Does 1-10

13. Plaintiff realleges and incorporates by reference paragraphs 1-12.

14. Plaintiff claims damages under 42 U.S.C. § 1983 for the injuries set forth against Defendants for violation of his constitutional rights under color of law.

15. Defendant John does 1-10 battered Plaintiff by intentionally and offensively contacting Plaintiff's body, knocking him to the ground and rendering him unconscious. None of the Co-Defendants here in restrained or prevented the John Does officers from striking, battering or injuring plaintiff.

## COUNT II

### LARCENY OF PLAINTIFF"S MONEY IN THE AMOUNT OF $3620.00

16. Plaintiff was also robbed by corrections officers of the Erie County Holding Center;, upon his transfer from the hospital back to said Holding Center for formal release from the Erie County Sheriff's care, his personal property was returned to him but the sum of $3,620.00 was never returned to Plaintiff, upon his release.

## COUNT III

### 42 U.S.C. § 1983 Against Erie County

17. Prior to March 30, 2018, the County of Erie Sheriff Department developed and maintained policies and customs exhibiting deliberate indifference to the constitutional rights of persons held in the Erie County Sheriff's Holding Center, which caused the violation of Plaintiff's rights.

18. It is the policy of Erie County Sheriff's Department to inadequately supervise and train its correction officers, including John Does 1-10, thereby failing to adequately discourage further constitutional violations on the part of its officers.

## COUNT IV

**Respondeat Superior of Erie County, Sheriff Timothy Howard and Thomas Dina**

19. Defendants Erie County, Sheriff Timothy Howard and Thomas Dina are liable for the assault, battery and larceny inflicted on Plaintiff by John Does 1-10. Said Defendants employed the officers who committed assault, battery and larceny while acting in the scope of their employment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully request this court:

A. Enter a judgment in favor of Plaintiff and against Defendants;

B. Enter an order declaring Defendants conduct unconstitutional;

C. Award Plaintiff compensatory and punitive damages against Defendants:

D. Enter a permanent injunction, upon proper motion, requiring Defendant Erie County to identify the officers responsible for Plaintiff's damages and take steps to discipline those officers;

E. Grant to Plaintiff such other and further relief as may be just and proper under the circumstances, including but not limited to appropriate injunctive relief.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial pursuant to the Seventh Amendment to the United States Constitution as to all claims for damages.

Dated: February 04, 2020

    Buffalo, New York

                          Respectfully Submitted

                          Felippe Marcus
                          Pro Se Plaintiff
                          1486 S Buchanan Cir
                          Aurora.CO 80018-6006
                          (720)675-3736

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

**20 CV 316**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Felippe J. Marcus

**DEFENDANTS**
Timonthy B. Howard Sheriff Dept
Thomas Dina, Superintendent of Jail

**(b)** County of Residence of First Listed Plaintiff: Denver, Colorado
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Erie County Buffalo NY
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* #(720)234-0067
1486 S. Buchanan Cir
Aurora, Colorado 80018

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☒ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 2 million dollars

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE 3/16/20

SIGNATURE OF ATTORNEY OF RECORD
Felippe Marcus "Pro Se"

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____