# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

FELIPPE MARCUS,

      Plaintiff,

  vs.

CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
JOHN DOE'S 1-10,

      Defendant(s)

1:20-cv-00316-JLS

Honorable: John L. Sinatra Jr.



UNITED STATES DISTRICT COURT
FILED
APR 27 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

# AMEND COMPLAINT

## I. JURISDICTION

1.    This Court has jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3).

## II. VENUE

2.    The District of New York is an appropriate venue under 28 U.S.C. § 1391(b)(2) because a substantial part of the vents or omissions giving rise to the clams occurred in this district.

# III. PARTIES

3.    Plaintiff, FELIPPE MARCUS, 3205 South Parker Road, Apt.
#109, Denver, Colorado 80014, is a United States citizen. At the
time of this claim, Plaintiff resided at 955 Evergreen Avenue,
Bronx, New York 10473.

4.    Under New York law, Defendant's John Doe, is
responsible for City of Buffalo, and conditions and operations at
the Buffalo Police Department, and City Court Booking center.

5.    Interim Commissioner John Doe, is responsible for
conditions and operations at the Buffalo Police Department, and
CITY COURT BOOKING, located at: 121 West Eagle Street, Buffalo,
New York 14202. John Doe, is also a final policymaker for the
Buffalo Police Department. He is sued in his individual and
official capacities.

6.    Defendant John Doe, is Jail Administrator for the City
of Buffalo and Buffalo Police Department. John Doe is responsible
for supervising City Court Booking staff, maintaining pre-trial
detainee safety and security. John Doe is also believed to be a
final policymaker for Respondents' Buffalo Police Department. He
is sued in his individual and official capacities.

7.    JOHN DOES 1-10, are believed to be the individuals /
officers involved in the within incident and employees of the
City of Buffalo and / or Buffalo Police Department. They are
being sued in their individual and official capacities.

8.    This claim is for personal injuries and other damages
sustained by Plaintiff as a result of the intentional acts of
assault, harassment, battery, excessive force, unlawful
imprisonment, negligent hiring, negligent training, negligent
retention, general negligence, vicarious liability and violations
of the Federal Civil Rights Law, The United States Constitution,
the New York State Constitution and the Amendments thereof.

9.    The claim arose on March 30, 2018, at approximately 9:00
p.m.. The particular place of the commencement of the sustaining
of the injuries resulting these claims was at or near Buffalo

2

Police Department's headquarters and central booking located at 74 Franklin Street, Buffalo, New York 14202, now located at 68 Court Street, Erie County, Buffalo, New York 14202. Said police officers caused Plaintiff to be seized and assaulted when no offense had been committed by him and caused him physical and emotional injury.

10.    The incident aforesaid and the injuries and resulting damages hereinafter alleged were caused solely and wholly by the acts of Buffalo Police Officer's [John Does 1-10] and other employees of the City of Buffalo, in that said police officer employees exercised their authority in an intentionally malicious and careless manner causing serious and permanent injuries and/or damages to Plaintiff.

11.    The causes of action which form the substance of this claim in the following manner: That on or about March 30, 2018, while Plaintiff was lawfully at the location stated above, Plaintiff was assaulted and seized without cause or provocation by the Respondent's their agents, servants, and / or employees, causing Plaintiff severe physical injury. Further, the Respondents', their agents, servants and / or employees were negligent, wanton and reckless in failing to properly supervise their employees; they allowed their employees and agents to subject Plaintiff to physical contact without cause or provocation, thus creating a dangerous or hazardous condition, which they knew, or in the exercise of reasonable care, existed for a period of time prior to the incident; that they failed to properly supervise the individual Respondents' named herein and other agents, servants and employees of Respondents and other participating officers in their activities; hiring such employees they knew or should have known to be incompetent, unskilled, inexperience and with violent propensities; and that the employees were incompetent, unskilled and possessed obvious violent propensities; that the violent propensities of the officers was known to Respondents' in failing to properly train their employees and enforce proper and adequate rules of conduct.

12.   Solely by reason of intentional misconduct of agents of Respondents, the agents, servants and / or employees, Plaintiff sustained permanent injuries, and / or damages, and a result thereof, Plaintiff has been forced to expend sums of money for medical and legal assistance and / or was otherwise damaged.

13.   Plaintiff incorporates all of the previous paragraphs of his original complaint, into this Amend Complaint, and reserves that right to add any additional Defendants' as they become know, during discovery.

## IV. CAUSES OF ACTION

14.   Plaintiff support the following claims by reference to the previous paragraphs of his original and amended complaint:

### Count I

15.   Plaintiff claims damages under 42 U.S.C. § 1983 for the injuries set forth against Defendants for violation of his constitutional rights under color of law.

### Count II

16.   Defendant John Does 1-10 battered Plaintiff by intentionally and offensively contacting Plaintiff's body, knocking him to the ground and rendering him unconscious. None of the Co-Defendants here in restrained or prevented the John Does officers from striking, battering or injuring Plaintiff.

### Count III

17.   The deliberate indifference of Respondents, to the substantial risk of serious officers' - on - inmate assault at the Buffalo Police Department, the Buffalo Central Booking has deprived and continues to deprive Plaintiff of his rights under the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

### Count IV

18.   Defendant John Doe's failure to intervene in the ongoing assault on Plaintiff on March 30, 2018, at approximately 9:00 p.m., amounted to deliberate indifference in violation of Plaintiff's rights under the Due Process Clause of the Fourteenth

Amendment to the United States Constitution.

## COUNT V

19.   Larceny of Plaintiff's money in the amount of $3,620.00. Plaintiff was also robbed by corrections officer of the Buffalo Police Department, Central Booking, upon his transfer from the hospital back to said police headquarter for his formal release from Respondents, his personal property was returned to him but the sum of $3,620.00 was never returned to Plaintiff upon his release.

## COUNT VI

20.   42 U.S.C. § 1983 Against City of Buffalo, Buffalo Police Department, and JOHN DOES 1-10.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court:

A.   Enter a judgment in favor of Plaintiff and against Defendants.

B.   Enter an order declaring Defendants conduct unconstitutional;

C.   Award Plaintiff compensatory and punitive damages against Defendants; and

D.   Enter a permanent injunction, upon proper motion, requiring Defendant City of Buffalo, and the Buffalo Police Department to identify the officers responsible for Plaintiff's damages and take steps to discipline those officers;

E.   Grant to Plaintiff such other and further relief as may be just and proper under the circumstances, including but not limited to appropriate injunctive relief.

F.   Declare that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial pursuant to the Seventh Amendment to the United States Constitution as to all claims for damages, in both amend complaint and original complaint.

Dated: 4-12-21

Respectfully Submitted,

*Felippe Marcus*

FELIPPE MARCUS
In Propria Persona
3205 S. Parker Road Apt. #109
Denver, Colorado 80014

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

FELIPPE MARCUS,

        Plaintiff,

    VS.

CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
JOHN DOE'S 1-10,

        Defendant(s)

1:20-cv-00316-JLS

Honorable: John L. Sinatra Jr.

# CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing parties a copy of the foregoing document by first class United States mail in a properly addressed envelope with adequate postage thereon.

The individuals served are:

Clerk of the Court/United States District Court
204 United States Courthouse
68 Court Street
Buffalo, New York 14202

This _12th_ day of _April_ , 2021

Respectfully submitted,

_Felippe Marcus_
FELIPPE MARCUS
3205 S. Parker Road Apt. #109
Denver, Colorado 80014

cc: file

FELIPPE MARCUS
3205 South Parker Road
Apt. #109
Denver, Colorado 80014

       Plaintiff,

      -vs-

City of Buffalo
Buffalo City Hall
Buffalo, New York 14202


Buffalo Police Department
68 Court Street
Buffalo, New York 14202

JOHN DOES, 1-10 said names being
fictitious, but intended to be
the individuals/officers
involved in the within incident
and employees of the City of
Buffalo and / or Buffalo Police
Department.

      Defendants.

---

# NOTICE OF CLAIM


**TO:**    City of Buffalo
Buffalo City Hall
Buffalo, New York  14202


       Buffalo Police Department
68 Court Street
Buffalo, New York  14202


FELIPPE MARCUS
3205 South Parker Road
Apt. #109
Denver, Colorado 80014



FELIPPE MARCUS
(720) 234-0057
3205 S PARKER RD
AURORA CO 80014

1 LBS        1 OF 1
SHP WT: 1 LBS
DATE: 22 APR 2021

SHIP
TO: US DISTRICT COURT FOR THE WESTERN
CLERK OF THE COURT
2 NIAGARA SQ

USDC - WDNY
APR 27 202.

BUFFALO NY 14202-3316

NY 142 9-03

UPS GROUND
TRACKING #: 1Z 9Y8 35F 03 3577 7358

BILLING: P/P