March 11, 2022

David M. Lee
Assistant Corporation Counsel
65 Niagara Square, 11th Floor
Buffalo, New York 14202



    Sub.: Request for CCTV (surveillance) footage.

Dear Mr. Lee,

    My name is Felippe Marcus. I am currently residing at 3205 South Parker Rd. Denver, Colorado 80014, Apt #109. There is a Case #20-CV-316 pending at United States District Court for the Western District of New York. Where I am the Plaintiff in said CASE.

    In order to provide an important evidence during the course of the case proceedings, I hereby request you to retrieve from the CCTV camera(s) and provide me with a complete copy of the CCTV footage from begining with Sound and No redaction as per the following details: (1) Date: 03/30/2018, (2) Time: 22:32, (3) Location Buffalo Police department.

I would highly appreciate it if you could provide me the CCTV footage in a disc and not on a Genetic downloaded system as soon as possible as it has to be submitted within a time duration.

You can contact me at (720) 234-0067 once you have it and ready to postmail it to me by the United States Postal Service.

Kindly acknowledge the receipt and oblige.

Thanking You for your cooperation.

Sincerely *Felippe Marcus*

Dated: 03/11/2022

Felippe Marcus

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FELIPPE MARCUS,
   Plaintiff,
VS.
City of Buffalo, et al...,
   Defendant(s)

1:20-CV-00316
Honorable: Leslie G. Foschio

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Counsel for the Opposing Parties a copy of the foregoing document by first class United States mail in a properly addressed envelope with adequate postage thereon.

The individuals served are:

CLERK of the Court
U.S. District Court
304 U.S. Courthouse
68 Court Street
Buffalo, NEW York 14202

David M. Lee
Assistant Corporation Counsel
65 NIAGARA SQUARE,
11th Floor
Buffalo, NEW York 14201

Dated: 3/11/2022

Respectfully Submitted

Felippe Marcus
FELIPPE MARCUS
In Propria Persona
3205 South Parker Rd. Apt. 109
Denver, CO. 80014

MARCH 14th, 2022

CC: Filed With,

Clerk of the Court
U.S. District Court
304 U.S. Courthouse
65 Court Street
Buffalo, N.Y. 14202    TEL# (716)551-1700

David M. Lee
Assistant Corporation Counsel
65 NIAGIARA SQUARE, 11th Floor.
Buffalo, N.Y. 14202    TEL# (716) 851-4341

Hon. Leslie G. Foschio
 United States Magistrate Judge
2 NIAGIARA SQUARE
Buffalo, N.Y. 14202
    TEL# 716) 551-1850

03/14/2022         Felippe Marcus

Plaintiff's formal letter to David M. Lee

USDC - WDNY
MAR 17 2022
BUFFALO