UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FELIPPE MARCUS,

    Plaintiff,

vs.

CITY OF BUFFALO, et al.,

    Defendant(s)

1:20-cv-00316-JLS

Honorable: John L. Sinatra Jr.

## PLAINTIFFS' MOTION TO COMPEL AUTHENTICATED VIDEO DISCLOSURE

**NOW COMES FELIPPE MARCUS**, Plaintiff, In Propria Persona, and pursuant to Federal Rules of Civil Procedure, **Rule 26 and Rule 33** Plaintiff hereby requests that Defendant's produce the following; and based upon this Court's February 1, 2022, scheduling order.

1. Provide a complete authenticated un-redacted holding center video of Plaintiffs' alleged seizure of March 30, 2018.
2. Name of person who first witnessed Plaintiffs' alleged seizure on 3/30/2018.
3. Name of each police officer, or person's showing in the video surrounding Plaintiff. Each position of said Officers' in the video.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

```
FELIPPE MARCUS,

         Plaintiff,

    vs.

CITY OF BUFFALO, et al.,.

         Defendant(s)
```

1:20-cv-00316-JLS

Honorable: John L. Sinatra Jr.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing parties a copy of the foregoing document by first class United States mail in a properly addressed envelope with adequate postage thereon.

The individuals served are:

```
Clerk of the Court              David M. Lee
U.S. District Court             Assistant Corporation Counsel
304 U.S. Courthouse             65 Niagara Square, 11th Floor
68 Court Street                 Buffalo, New York  14202
Buffalo, New York  14202
```

This __14th__ day of __March__, 2022.

Respectfully submitted,

_Felippe Marcus_
FELIPPE MARCUS
In Propria Persona
3205 South Parker Road Apt. 109
Denver, Colorado  80014

Dated:

cc: FILE FM

