# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

FELIPPE MARCUS,

      Plaintiff,

vs.

CITY OF BUFFALO, et al.,.

      Defendant(s)

1:20-cv-00316-JLS

Honorable: John L. Sinatra Jr.



## PLANTIFFS' MOTION TO COMPEL DISCLOSURE

**NOW COMES FELIPPE MARCUS**, Plaintiff, In Propria Persona, and pursuant to Federal Rules of Civil Procedure, **Rule 26 and Rule 33** Plaintiff hereby requests that Defendant's produce the following; and based upon this Court's February 1, 2022, scheduling order.

1. Name of Officer who arranged to have Plaintiffs' 2003 Cadillac Deville, towed from the scene of the traffic stop on 3/30/2018.
2. Name of Officer who prepared an impound report. Please provide a copy of such.
3. Name of Officer who prepared property custody receipt, identifying the property that was seized from the vehicle.

4. Name, location and owner of towing company.

5. Name of impound company, including owners name.

6. Buffalo's Police departments' standard policy of safeguarding an arrestee's vehicle.

7. Name of person who approved the subsequent sale of Plaintiff's 2003 Cadillac Deville.

8. When and who sold the vehicle, who the vehicle was sold to. How much was it sold for.

9. Does that person have any connections, with any arresting officer.

10. The complete unredacted Video, of Plaintiffs' alleged seizure.

11. If Plaintiffs' vehicle was taken to a police garage. Please provide name, location, and person who inventoried vehicle at that place.

12. Plaintiffs' vehicle tow report.

13. Buffalo Police Departments' inentory policy.

14. Impound report prepared by Buffalo Police Officer's Calvis McKnight or Vincent Humphrey.

15. Buffalo Police Departments' standard policy of safeguarding an arrestee's vehicle.

16. Buffalo Police Departments "NOTICE" and "INVENTOR" sheet of 3/30/18, concerning Plaintiffs' 2003 Cadillac Deville.

17. Buffalo Police Departments forfeiture notice, sent to Plaintiff.

This information is needed to add any additional Defendants', prior to filing my AMENDED COMPLAINT, to include the selling of my 2003 Cadillac Deville worth forty thousands dollars.

Dated: 03/14/2022

Respectfully submitted,

*Felippe Marcus*
FELIPPE MARCUS
In Propria Persona

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

---

FELIPPE MARCUS,

      Plaintiff,

vs.

CITY OF BUFFALO, et al.,.

      Defendant(s)

---

1:20-cv-00316-JLS

Honorable: John L. Sinatra Jr.

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served counsel for the opposing parties a copy of the foregoing document by first class United States mail in a properly addressed envelope with adequate postage thereon.

    The individuals served are:

Clerk of the Court  
U.S. District Court  
304 U.S. Courthouse  
68 Court Street  
Buffalo, New York  14202

David M. Lee  
Assistant Corporation Counsel  
65 Niagara Square, 11th Floor  
Buffalo, New York  14202

This __14th__ day of __MARCH__, 2022.

Dated: 03/14/2022

Respectfully submitted,

_Felippe Marcus_  
FELIPPE MARCUS  
In Propria Persona  
3205 South Parker Road Apt. 109  
Denver, Colorado  80014

cc: FILE FM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

FELIPPE MARCUS,

       Plaintiff,

  vs.

CITY OF BUFFALO, et al.,.

       Defendant(s)

1:20-cv-00316-JLS

Honorable: John L. Sinatra Jr.

# ORDER

At a session of said Court held in the Court House in the Western District of New York, on _____, 2022.

Present: HONORABLE: John L. Sinatra, Jr., District Court Judge.

    Upon reading and filing the Motion of Felippe Marcus, Plaintiff, alleging he needs these documents to comply with this Courts' request that Plaintiff file an Amended Complaint, concerning the selling of his vehicle, and the Court having been fully advised in the premises it is **ORDERED** that Defendant's Corporation counsel David M. Lee, furnish such documents so Plaintiff can perfect an Amended Complaint.

                                            _____

                                              Honorable John L. Sinatra, Jr.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

FELIPPE MARCUS,

       Plaintiff,

vs.

CITY OF BUFFALO, et al.,.

       Defendant(s)

1:20-cv-00316-JLS

Honorable: John L. Sinatra Jr.

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served counsel for the opposing parties a copy of the foregoing document by first class United States mail in a properly addressed envelope with adequate postage thereon.

    The individuals served are:

| | |
|---|---|
| Clerk of the Court | David M. Lee |
| U.S. District Court | Assistant Corporation Counsel |
| 304 U.S. Courthouse | 65 Niagara Square, 11th Floor |
| 68 Court Street | Buffalo, New York  14202 |
| Buffalo, New York  14202 | |

This _14th_ day of _March_, 2022.

Dated: 03/14/2022

Respectfully submitted,

_Felippe Marcus_
FELIPPE MARCUS
In Propria Persona
3205 South Parker Road Apt. 109
Denver, Colorado  80014

cc: FILE FM

Mr. Felippe Marcus
In Propria Persona
3205 South Parker Road, Apt. 109
Denver, Colorado 80014

1:20-cv-00316-JLS Marcus v.
City of Buffalo, et al.,.

Clerk of the Court
United States District Court
304 United States Courthouse
68 Court Street
Buffalo, New York 14202

To Whom It May Concern:

    Please find an original copy of the following document, that I respectfully request you file with this Honorable Court:

1. Plaintiffs' MOTION TO COMPEL DISCLOSURE.
2. ORDER
3. Proof of Service.

Sincerely,

*Felippe Marcus* (signature)

Mr. Felippe Marcus
In Propria Persona
3205 South Parker Road, Apt. 109
Denver, Colorado 80014

Dated: 03/14/2022

cc: file FM