# Russo & Gould LLP

**ATTORNEYS AT LAW**
Russo & Gould LLP*
12 Fountain Plaza, Suite 600 Buffalo, NY 14202
Phone (212) 482-0001; Fax (212) 482-0002
www.russogould.com

May 2, 2022

| | |
|---|---|
| Felippe Marcus | David M. Lee |
| c/o 3205 South Parker Road, Apt. 109 | Corporation Counsel - The City of Buffalo |
| Denver, CO 80014 | 1100 City Hall |
| | 65 Niagara Square |
| | Buffalo, NY 14202 |

     Re: **_Felippe Marcus v. Marcus v. City of Buffalo, et al._**
        Case No.    20-cv-316
        R&G File Number: 998.001

Dear Mr. Marcus and Mr. Lee,

  As you are aware, by written order on March 29, 2022, Florina Altshiler was appointed as the mediator on the above referenced matter. Please note that the order directed the initial mediation session be held by May 13, 2022.

  After conversations and receiving confirmation from all parties involved, this matter it being scheduled for a mediation on **Tuesday May 10, 2022, at 3:00pm eastern standard time.** Plaintiff Felippe Marcus has requested to appear in person; thus, we will be holding the mediation at our office, *Russo & Gould LLP*, located at *12 Fountain Plaza, Suite 600, Buffalo, NY 14202*. A Zoom meeting link will also be available if Defendant, The City of Buffalo does not wish to be present in person.

  If you have any questions or concerns, please contact Ms. Altshiler at 716-800-6389 or by email faltshiler@russogould.com.

            Respectfully submitted,

            /s/ Wade H. Kornegay

            Wade H. Kornegay
            Paralegal for Mediator Florina Altshiler, Esq

CC: via ECF –
   U.S. District Court, Western District of New York (Buffalo) - Hon. Leslie G. Foschio

| HARTFORD OFFICE | PENNSYLVANIA OFFICE | NEW JERSEY OFFICE | STAMFORD OFFICE | BUFFALO OFFICE |
|---|---|---|---|---|
| 100 Pearl Street, 14th Floor | 100 South Juniper Street | 10 Franklin Avenue | One Stamford Plaza | 12 Fountain Plaza, Ste 600 |
| Hartford, CT 06103 | Third Floor | Edison, NJ 08837 | 263 Tresser Blvd | Buffalo, NY 14202 |
| (860) 986-7845 | Philadelphia, PA 19107 | (732) 738-5600 | Stamford, CT 06901 | (716) 800-6389 |
| | (215) 874-6816 | | (203) 883-0800 | |