May 6, 2022

Felippe Marcus
3205 S. Parker rd.
APT. #109
Denver, Co. 80014
TEL# (720) 234-0067



Clerk of the Court
2 NIAGARA Square
Buffalo NEW York 14202
Tel# (716) 551-1700

Dear Clerk of the Court,

I'm Writing in regards to Case #20-CV-316
Felippe Marcus -v- City of Buffalo.

I have Mediation on May 10th, 2022 With Ms.
FLorina AITShiler.

I'm informing The Courts That I have Counsel
From Vinal and Vinal, P.C. Law Firm investigating
my Case 193 Delaware ave. Buffalo, NEW York
14202 TEL (716) 832-5900. And Also STILL Waiting
For City's ATTorney to Produce Documents
that is needed for Courts Procedures. I
humbly ask this Courts to Grant me
Extension of time.

Rrespectfully

Felippe Marcus

20-cv-316

PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

Schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS10001000006

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

FOR DOMESTIC AND INTERNATIONAL USE
PLACE MAILING LABEL HERE

EI 305 464 437 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE: ( 720 ) 334-0107

Felippe Marcus Apt #109
3205 S. Parker Rd.
Denver, CO. 80014

MAY 10 2022
WDNY

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No.

Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 10174
☐ 1-Day   ☒ 2-Day   ☐ Military   ☐ DPO

Date Accepted (MM/DD/YY): 5-9-22

Scheduled Delivery Date (MM/DD/YY): 5-10-22

Postage: $ 26.95

Time Accepted: 3:54   ☐ AM ☒ PM

Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM

Insurance Fee: $

COD Fee: $

Special Handling/Fragile: $

Weight: ___ lbs. ___ ozs.   ☐ Flat Rate

Sunday/Holiday Premium Fee: $

Return Receipt Fee: $

Live Animal Transportation Fee: $

Acceptance Employee Initials: DM

Total Postage & Fees: $ 26.95

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE: ( 716 ) 551-1700

Clerk of Court
2 Niagara Square
Buffalo, N.Y. 14202

ZIP + 4® (U.S. ADDRESSES ONLY)   1 4 2 0 2 - □ □ □ □



■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

EP13I
OD: 1 ⬅ PEEL FROM THIS CORNER

